UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| YU HIN CHAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   2:25-CV-00483-LEW |
| | ) |
| JOY CAMPANELLI et al., | ) |
| | ) |
| Defendants | ) |

**ORDER AFFIRMING RECOMMENDED DECISION
AND IMPOSING *COK* WARNING**

On September 24, 2025, United States Magistrate Judge Karen Frink Wolf filed with the court, with a copy to the Plaintiff, her Recommended Decision After Preliminary Review (ECF No. 5) on Plaintiff's pro se Complaint (ECF No. 1).  The time within which to file objections expired on October 8, 2025, and no objection was filed.  The Magistrate Judge notified the Plaintiff that failure to object would waive the right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision After Preliminary Review (ECF No. 5) of the Magistrate Judge is hereby AFFIRMED and ADOPTED and the case is DISMISSED.

In addition, due to the patent frivolity of the complaint, I now CERTIFY that any appeal that might be taken by Plaintiff would not be taken in good faith, such that leave to proceed in forma pauperis on appeal should be denied.  See 28 U.S.C. § 1915(a); Fed. R. App. P. 24(a)(3)(A).

Plaintiff, proceeding pro se, has filed similar complaints contemporaneously in other federal courts across the country. Per *Cok v. Family Court of Rhode Island*, 985 F.2d 32 (1st Cir. 1993), the court warns the Plaintiff that the filing of additional groundless or frivolous pleadings will result in the imposition of filing restrictions.

**SO ORDERED.**

Dated this 28th day of October, 2025.

                                          /s/ Lance E. Walker
                                          **CHIEF U.S. DISTRICT JUDGE**